UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX J. ROMERO,

        Defendant.
_____/

Case No. 1:19-cr-20753

Honorable Thomas L. Ludington
Magistrate Judge Patricia T. Morris

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On September 8, 2021, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Alex J. Romero's consent. Judge Morris issued her Report and Recommendation on September 8, 2021, recommending that this Court accept Defendant's guilty plea. ECF No. 21.

Although Judge Morris's Report stated that the parties could object and seek review within 14 days of service of the Report, neither Plaintiff nor Defendant have objected. The failure to object waives any right to appeal Judge Morris's finding that Defendant was competent to enter a plea and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* Fed. R. Crim. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 21, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 20, is taken **UNDER ADVISEMENT**.

Dated: September 24, 2021

                                              s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge